Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas   78711

September 13th, 2015

i.e.   Richard Balderas
COA # 05-14-01081-CR
Case# F1141658-P

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk

Most Honorable Sir and/or Ma'am :

    I am writing in regards to the above numbered case, as to what the status may be on my P.D.R. ?

    If this Court denies the PDR, what would be my next step?  Pro-Se Response? Writ of Habeus Corpus?

    Any assistance you can provide me with would be greatly appreciated.    Thank You.

Respectfully Submitted,

Richard Balderas

Richard Balderas #14021303
North Tower, 3E-08
P.O. Box 660334
Dallas, Texas   75266-0334